UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BECKHOFF AUTOMATION LLC et al., <br><br> Defendants | Case No.: 2:13-cv-1616-JAD-NJK <br><br> **Order Setting Briefing Schedule and Hearing on Plaintiff's Emergency Motion for Temporary Restraining Order Against Defendants Beckhoff Automation LLC and Beckhoff Automation GmbH (Doc.7)** |

Currently before the Court is Plaintiff Rockwell Automation, Inc.'s (Rockwell) Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction Against Defendants Beckhoff Automation LLC and Beckhoff Automation GmbH (Doc. 7).

Rockwell filed this patent infringement case on September 6, 2013. Doc. 1. In brief, Rockwell alleges that Defendants Beckhoff Automation LLC (Beckhoff Automation) and Beckhoff Automation GmbH (Beckhoff GmbH) (collectively, Defendants) have infringed upon five of Rockwell's patents by introducing a competing product into the marketplace. *See* Doc. 1. On the same day it filed its Complaint, Rockwell also moved for a Temporary Restraining Order, which seeks to enjoin Defendants from displaying their allegedly infringing product at a Las Vegas trade show on September 23-25, 2013. Doc. 7, p. 7. Rockwell requests that the Court set a briefing schedule for its Temporary Restraining Order, and then hear the Motion no later than September 20, 2013, so that it can be ruled upon

before the start of the trade show on September 23, 2013. *See id.* at 33.

Later on September 6, 2013, Rockwell filed a Certificate of Service in which it stated that it had served a copy of its Emergency Motion for Temporary Restraining Order and Preliminary Injunction and all related filings and exhibits on Beckhoff Automation via hand-delivery. Doc. 19, p. 2. Rockwell also represents that Beckhoff GmbH agreed to accept delivery of the same on September 9, 2013. *Id.*

Federal Rule of Civil Procedure 65 states in part that a Court may grant a temporary restraining order without notice to the non-movant only if "specific facts . . . clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Rule 65(b)(1)(A). In this case, Rockwell itself requests that the Court establish a briefing schedule which would allow a hearing on the Motion no later than Friday, September 20, 2013. Doc. 7, p. 33. Because Defendants have now been served with a copy of Rockwell's Complaint, Docs. 17, 18, and Rockwell seeks entry of injunctive relief on or before September 23, 2013, the Court finds that there is adequate opportunity for Defendants to respond to Rockwell's Motion without the risk of immediate and irreparable injury. Accordingly, and for good cause shown, the Court orders an expedited briefing schedule and sets oral argument on the motion as follows:

It is **ORDERED** that Rockwell shall serve Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction Against Defendants Beckhoff Automation LLC and Beckhoff Automation GmbH (Doc. 7, hereinafter, "Motion") upon all Defendants no later than **Tuesday, September 10, 2013** at **5:00 p.m.** and file proof of service of the same no later than 5:00 p.m. on Friday, September 13, 2013;

It is **FURTHER ORDERED** that Defendants shall file any Opposition to Rockwell's Motion into the record and serve the same upon Rockwell no later than **Friday, September 13, 2013**, at **5:00 p.m.;**

It is **FURTHER ORDERED** that Rockwell shall file any Reply to Defendants' Opposition into the record and serve the same upon all Defendants no later than **Monday, September 16, 2013**, at **5:00 p.m.;**

It is **FURTHER ORDERED** that a hearing on Rockwell's request for a Temporary Restraining Order shall be conducted on **Thursday, September 19, 2013**, at **1:30 p.m.** before the undersigned U.S. District Judge in Courtroom # 6D at 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.

DATED: September 9, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE