Michael J. McCue
Nevada Bar No. 6055
Jonathan W. Fountain
Nevada Bar No. 10351
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Tel.: (702) 949-8200
Fax: (702) 949-8398
Email: MMcCue@LRRLaw.com
Email: JFountain@LRRLaw.com

Abbe D. Lowell (*pro hac vice* admission pending)
Paul J. Tanck (*pro hac vice* admission pending)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email: adlowell@chadbourne.com
Email: ptanck@chadbourne.com

Attorneys for Plaintiff
Rockwell Automation, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | Case No. 2:13-cv-01616-RCJ-NJK |
| Plaintiff, | |
| vs. | **TEMPORARY RESTRAINING ORDER** |
| BECKHOFF AUTOMATION LLC and BECKHOFF AUTOMATION GmbH, | |
| Defendants. | |

This matter having come before the Court on Plaintiff Rockwell Automation, Inc.'s ("Rockwell's") motion for a temporary restraining order and preliminary injunction, (Docket Nos. 7 & 8), and Plaintiff having sought an order prohibiting Defendants from using, selling, offering to sell, distributing, displaying, importing, using in commerce, demonstrating, or advertising, directly or indirectly, the eXtended Transport System ("XTS System"), at any and all trade shows, conventions, seminars or conferences conducted within the United States, its possessions, and territories, including but not limited to, the PACK Expo 2013 tradeshow in Las Vegas, Nevada, scheduled to begin on September 23, 2013; and the Court, having reviewed the pleadings, papers, and declarations on file, and having heard from the parties at oral argument on September 20, 2013, and for the reasons stated by the Court on the record, Plaintiff's motion is **GRANTED IN-PART** and **DENIED IN-PART**.

**IT IS HEREBY ORDERED THAT**, pending further hearing on Rockwell's motion for preliminary injunction:

1.      Defendants Beckhoff Automation LLC and Beckhoff Automation GmbH (together "Beckhoff") and all such persons acting in concert or participation with them, are hereby temporarily enjoined and restrained from:

a.      Accepting any orders to sell the XTS System to customers in the United States; or

b.      Transporting the XTS System products and components exhibited in the Pack Expo 2013 show outside of the United States.

2.      In all other respects, Plaintiff's Motion for Temporary Restraining order is **DENIED.**

**IT IS HEREBY FURTHER ORDERED THAT**, pending further hearing on Rockwell's motion for preliminary injunction:

1.      To the extent commercially reasonable, Beckhoff shall document its interactions with any customers or potential customers related to the XTS System by: (a) retaining identifying information received from all such customers or potential customers with whom Beckhoff communicates, receives inquiries from, or provides technical and commercial information beyond

1  general product flyers and marketing brochures; and (b) maintaining copies of all documents

2  received from or provided to such customers or potential customers.  Nothing in this Order shall

3  prohibit Beckhoff from showing and demonstrating the XTS system at the PACK Expo 2013

4  tradeshow in Las Vegas, Nevada, and thereafter and conducting such activities as, without

5  limitation, accepting requests for proposals, providing general product flyers, marketing

6  brochures, general pricing, and other information and materials relating to the XTS System,.

7          2.      This Court has not made any determinations or findings regarding infringement or

8  the likelihood of success on the merits by Plaintiff..

9          3.      Upon entry of this Order upon the Court's docket, Plaintiff shall submit $10,000 to

10  the Clerk of the Court as security for this temporary restraining order; and

11          4.      The Court shall conduct a hearing on Plaintiff's motion for preliminary injunction

12  on October 29 and 30, 2013, in Reno courtroom 6 beginning at 9:00 a.m. before Chief Judge

13  Robert C. Jones .

14          IT IS SO ORDERED this 7th day of October, 2013.

15

16

17

18          **UNITED STATES DISTRICT JUDGE**

19

20  17972102.1

21

22

23

24

25

26

27

28

-3-