UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | ) | |
| | ) | Case No. 2:13-cv-01616-RCJ-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER DENYING MOTION TO COMPEL |
| vs. | ) | (Docket No. 79) |
| | ) | |
| BECKHOFF AUTOMATION LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion to compel. Docket No. 79. The primary relief sought through the motion is an order requiring Defendant Beckhoff Automation LLC to engage in discovery notwithstanding the pendency of its motion to stay. Concurrently herewith, the Court is setting a hearing on that motion to stay for January 30, 2014, and the Court anticipates resolving the motion to stay at or shortly after that hearing. Accordingly, the motion to compel is hereby DENIED as moot.

IT IS SO ORDERED.

DATED: January 28, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge