# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | Case No. 2:13-cv-01616-RCJ-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BECKHOFF AUTOMATION LLC, et al., | (Docket No. 106) |
| Defendant(s). | |

Pending before the Court is an emergency motion to extend. Docket No. 106. The Court has received a response. Docket No. 110. The Court hereby **SETS** a telephonic hearing on the motion for May 9, 2014, at 1:30 p.m. Counsel shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: May 8, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge