UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., ) | Case No. 2:13-cv-01616-RCJ-NJK |
| Plaintiff(s), ) | ORDER CONTINUING HEARING |
| vs. ) | ORDER EXTENDING DEADLINE TO PROVIDE RESPONSES REQUIRED UNDER LOCAL RULE 16.1-10 |
| BECKHOFF AUTOMATION LLC, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is an emergency motion to extend. Docket No. 106. The Court set a telephonic hearing on that motion for 1:30 p.m. on May 9, 2014. Docket No. 111. The Court hereby **CONTINUES** that telephonic hearing to May 12, 2014, at 1:30 p.m. Counsel shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

In the interim, the Court hereby **EXTENDS** the deadline to provide the responses required under Local Rule 16.1-10 to May 14, 2014.

IT IS SO ORDERED.

DATED: May 9, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge