# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | |
| Plaintiff(s), | Case No. 2:13-cv-01616-RCJ-NJK |
| vs. | ORDER |
| BECKHOFF AUTOMATION LLC, et al., | |
| Defendant(s). | |

On May 30, 2014, United States District Judge Robert C. Jones issued an order staying discovery as to Defendant Beckhoff Automation GmbH except as to jurisdictional discovery. Docket No. 126. The Court hereby ORDERS the parties to submit, no later than June 6, 2014, a joint statement as to how that stay impacts the pending discovery motions. Docket Nos. 103, 107, and 114.

IT IS SO ORDERED.

DATED: May 30, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge