# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | Case No. 2:13-cv-01616-RCJ-NJK |
| Plaintiff(s), | ORDER GRANTING MOTION FOR CLARIFICATION |
| vs. | |
| BECKHOFF AUTOMATION LLC, et al., | (Docket No. 132) |
| Defendant(s). | |

      Pending before the Court is Plaintiff's motion to clarification. Docket No. 132. The motion is hereby GRANTED. The Court advises Plaintiff that each and every lawyer who may provide legal advice or assistance at trial need not attend the settlement conference. Instead, the Court understands that Plaintiff intends to have its co-lead counsel attend, which satisfies the Court's attendance requirements.

      IT IS SO ORDERED.

      DATED: June 9, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge