Michael J. McCue (NV Bar No. 6055)
Jonathan W. Fountain (NV Bar No. 10351)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
Email: mmccue@lrrlaw.com
Email: jfountain@lrrlaw.com

Abbe D. Lowell (admitted *pro hac vice*)
Paul J. Tanck (admitted *pro hac vice*)
Aaron Foldenauer (admitted *pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369
Email: adlowell@chadbourne.com
Email: ptanck@chadbourne.com
Email: afoldenauer@chadbourne.com

Attorneys for Plaintiff
Rockwell Automation, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BECKHOFF AUTOMATION LLC and BECKHOFF AUTOMATION GmbH, <br><br> Defendants. | Case No. 2:13-cv-01616-RCJ-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND ADJOURN THE JUNE 13 SETTLEMENT CONFERENCE** |

The parties, having jointly executed a six-page Term Sheet intended to resolve all issues in this case, that Term Sheet including a term that the parties shall negotiate the terms of a final, complete agreement in good faith for execution by a date to be specified in July 2014, Plaintiff

4620407_1

Rockwell Automation, Inc. and Defendants Beckhoff Automation LLC and Beckhoff Automation GmbH, hereby jointly move the Court for entry of an order: (1) staying all proceedings and deadlines in this matter, commencing immediately and lasting until July 30, 2014 or the filing of dismissal papers, whichever occurs first; and (2) adjourning, or postponing until after July 31, 2014, the June 13, 2014 settlement conference before Magistrate Judge Koppe.

**IT IS SO AGREED AND STIPULATED:**

Dated:  June 11, 2014                                                      Respectfully submitted,

| | |
|---|---|
| /s/ Aaron Foldenauer | /s/ Paul Shakespear |
| Abbe D. Lowell (admitted *pro hac vice*) | Peter M. Lancaster (*pro hac vice*) |
| Paul J. Tanck (admitted *pro hac vice*) | Kenneth Levitt (*pro hac vice*) |
| Aaron Foldenauer (admitted *pro hac vice*) | Shannon Bjorklund (*pro hac vice*) |
| CHADBOURNE & PARKE LLP | DORSEY & WHITNEY LLP |
| 30 Rockefeller Plaza | 50 South Sixth Street, Suite 1500 |
| New York, NY  10112 | Minneapolis, MN 55402-1498 |
| Telephone:  (212) 408-5100 | Telephone: (612) 340-2600 |
| Facsimile:  (212) 541-5369 | Facsimile: (612) 340-2868 |
| Email: adlowell@chadbourne.com | Email: lancaster.peter@dorsey.com |
| Email: ptanck@chadbourne.com | Email: levitt.kenneth@dorsey.com |
| Email: afoldenauer@chadbourne.com | Email: bjorklund.shannon@dorsey.com |
| -and- | -and- |
| Michael J. McCue (NV Bar No. 6055) | Chad R. Fears (NV Bar No. 6970) |
| Jonathan W. Fountain (NV Bar No. 10351) | Paul Shakespear (NV Bar No. 10752) |
| LEWIS ROCA ROTHGERBER LLP | SNELL & WILMER, L.L.P. |
| 3993 Howard Hughes Parkway | 3883 Howard Hughes Parkway, #1100 |
| Suite 600 | Las Vegas, NV 89169 |
| Las Vegas, Nevada  89169 | Telephone: (702) 784-5200 |
| Telephone: (702) 949-8200 | Facsimile: (702) 784-5252 |
| Facsimile: (702) 949-8398 | Email: cfears@swlaw.com |
| Email: mmccue@lrrlaw.com | Email: pshakespear@swlaw.com |
| Email: jfountain@lrrlaw.com | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| ROCKWELL AUTOMATION, INC. | BECKHOFF AUTOMATION LLC and |
| | BECKHOFF AUTOMATION GmbH |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

-2-

4620407_1

# **CERTIFICATE OF SERVICE**

I, Jonathan W. Fountain, hereby certify that on June 11, 2014, I filed a copy of the foregoing document entitled, STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND ADJOURN THE JUNE 13 SETTLEMENT CONFERENCE, with the Clerk of the Court via the Court's CM/ECF system, which will send an electronic copy of the same to the following CM/ECF participants:

- **Chad R. Fears**
  cfears@swlaw.com, jmelnar@swlaw.com, DOCKET_LAS@swlaw.com; and jparsons@swlaw.com

- **Peter McCreery Lancaster**
  lancaster.peter@dorsey.com, rossi.deanna@dorsey.com

- **Shannon Bjorklund**
  bjorklund.shannon@dorsey.com

- **Kenneth Eli Levitt**
  levitt.kenneth@dorsey.com, hesse.karen@dorsey.com

- **Paul W. Shakespear**
  pshakespear@swlaw.com, ccannon@swlaw.com, DOCKET_LAS@swlaw.com, jparsons@swlaw.com, mmordue@swlaw.com, tstephenson@swlaw.com

Dated: this 11th day of June, 2014.

/s/ Jonathan W. Fountain
An employee of Lewis Roca Rothgerber LLP

4620407_1