Michael J. McCue (NV Bar No. 6055)
Jonathan W. Fountain (NV Bar No. 10351)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
Email: mmccue@lrrlaw.com
Email: jfountain@lrrlaw.com

Abbe D. Lowell (admitted *pro hac vice*)
Paul J. Tanck (admitted *pro hac vice*)
Aaron Foldenauer (admitted *pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: adlowell@chadbourne.com
Email: ptanck@chadbourne.com
Email: afoldenauer@chadbourne.com

Attorneys for Plaintiff
Rockwell Automation, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BECKHOFF AUTOMATION LLC and BECKHOFF AUTOMATION GmbH, <br><br> Defendants. | Case No. 2:13-cv-01616-RCJ-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND ADJOURN THE JUNE 13 SETTLEMENT CONFERENCE** |

The parties, having jointly executed a six-page Term Sheet intended to resolve all issues in this case, that Term Sheet including a term that the parties shall negotiate the terms of a final, complete agreement in good faith for execution by a date to be specified in July 2014, Plaintiff

4620407_1

1  Rockwell Automation, Inc. and Defendants Beckhoff Automation LLC and Beckhoff Automation
2  GmbH, hereby jointly move the Court for entry of an order: (1) staying all proceedings and
3  deadlines in this matter, commencing immediately and lasting until July 30, 2014 or the filing of
4  dismissal papers, whichever occurs first; and (2) adjourning~~, or postponing until after July 31,~~
5  ~~2014~~, the June 13, 2014 settlement conference before Magistrate Judge Koppe.

**IT IS SO AGREED AND STIPULATED:**

Dated:  June 11, 2014                                    Respectfully submitted,

/s/ Aaron Foldenauer                                     /s/ Paul Shakespear
Abbe D. Lowell (admitted *pro hac vice*)                 Peter M. Lancaster (*pro hac vice*)
Paul J. Tanck (admitted *pro hac vice*)                  Kenneth Levitt (*pro hac vice*)
Aaron Foldenauer (admitted *pro hac vice*)               Shannon Bjorklund (*pro hac vice*)
CHADBOURNE & PARKE LLP                                   DORSEY & WHITNEY LLP
30 Rockefeller Plaza                                     50 South Sixth Street, Suite 1500
New York, NY  10112                                      Minneapolis, MN 55402-1498
Telephone:  (212) 408-5100                               Telephone: (612) 340-2600
Facsimile:  (212) 541-5369                               Facsimile: (612) 340-2868
Email: adlowell@chadbourne.com                           Email: lancaster.peter@dorsey.com
Email: ptanck@chadbourne.com                             Email: levitt.kenneth@dorsey.com
Email: afoldenauer@chadbourne.com                        Email: bjorklund.shannon@dorsey.com

-and-                                                    -and-

Michael J. McCue (NV Bar No. 6055)                       Chad R. Fears (NV Bar No. 6970)
Jonathan W. Fountain (NV Bar No. 10351)                  Paul Shakespear (NV Bar No. 10752)
LEWIS ROCA ROTHGERBER LLP                                SNELL & WILMER, L.L.P.
3993 Howard Hughes Parkway                               3883 Howard Hughes Parkway, #1100
Suite 600                                                Las Vegas, NV 89169
Las Vegas, Nevada  89169                                 Telephone: (702) 784-5200
Telephone: (702) 949-8200                                Facsimile: (702) 784-5252
Facsimile: (702) 949-8398                                Email: cfears@swlaw.com
Email: mmccue@lrrlaw.com                                 Email: pshakespear@swlaw.com
Email: jfountain@lrrlaw.com
                                                         ATTORNEYS FOR DEFENDANTS
ATTORNEYS FOR PLAINTIFF                                  BECKHOFF AUTOMATION LLC and
ROCKWELL AUTOMATION, INC.                                BECKHOFF AUTOMATION GmbH


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 12, 2014 _____

-2-

4620407_1