Chad R. Fears, Nevada Bar No. 6970
Paul W. Shakespear, Nevada Bar No. 10752
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: cfears@swlaw.com
Email: pshakespear@swlaw.com

Peter M. Lancaster (*pro hac vice*)
Kenneth Levitt (*pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
Email: lancaster.peter@dorsey.com
Email: levitt.kenneth@dorsey.com

Attorneys for Defendants
BECKHOFF AUTOMATION LLC and
BECKHOFF AUTOMATION GmbH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BECKHOFF AUTOMATION LLC and BECKHOFF AUTOMATION GmbH, <br><br> Defendant. | Case No. 2:13-CV-01616 –JAD-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ROCKWELL AUTOMATION, INC. and Defendants BECKHOFF AUTOMATION LLC and BECKHOFF AUTOMATION GmbH, through their respective counsel of record, that this matter shall be

/ / /

/ / /

/ / /

/ / /

/ / /

dismissed in its entirety, with prejudice. The parties further stipulate and agree that each party shall bear its own costs and attorneys' fees.

DATED July 11, 2014                    DATED July 11, 2014

    SNELL & WILMER L.L.P.                    LEWIS ROCA ROTHGERBER, LLP

By:  /s/ Peter Lancaster                         By:  /s/ Gregory Carbo
Chad R. Fears, NV Bar No. 6970            Michael J. McCue, NV Bar No. 6055
Paul Shakespear, NV Bar No. 10752         Jonathan Fountain, NV Bar No. 10351
3883 Howard Hughes Pkwy., Ste. 1100       3993 Howard Hughes Pkwy. Ste. 600
Las Vegas, NV 89169                       Las Vegas, NV 89169

Peter M. Lancaster (*pro hac vice*)        Abbe D. Lowell (*pro hac vice*)
Kenneth Levitt (*pro hac vice*)            Paul J. Tanck (*pro hac vice*)
DORSEY & WHITNEY LLP                      Aaron S. Foldenauer (*pro hac vice*)
Suite 1500, 50 South Sixth Street         Gregory J. Carbo (*pro hac vice*)
Minneapolis, MN 55402-1498                CHADBOURNE & PARKE LLP
                                          30 Rockefeller Plaza
                                          New York, NY 10112

Attorneys for Defendants
BECKHOFF AUTOMATION LLC and               Attorneys for Plaintiff
BECKHOFF AUTOMATION GmbH                  ROCKWELL AUTOMATION, INC.

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of July, 2014.


_____
U.S. DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

  /s/ Chad Fears
Chad R. Fears, Nevada Bar No. 6970
Paul W. Shakespear, Nevada Bar No. 10752
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Peter M. Lancaster (*pro hac vice*)
Kenneth Levitt (*pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498

Attorneys for Defendants