1  Chad R. Fears, Nevada Bar No. 6970
   Paul W. Shakespear, Nevada Bar No. 10752
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: cfears@swlaw.com
5  Email: pshakespear@swlaw.com

6  Peter M. Lancaster (*pro hac vice*)
   Kenneth Levitt (*pro hac vice*)
7  DORSEY & WHITNEY LLP
   Suite 1500, 50 South Sixth Street
8  Minneapolis, MN 55402-1498
   Telephone: (612) 340-2600
9  Facsimile: (612) 340-2868
   Email: lancaster.peter@dorsey.com
10 Email: levitt.kenneth@dorsey.com

11 Attorneys for Defendants
   BECKHOFF AUTOMATION LLC and
12 BECKHOFF AUTOMATION GmbH

13                    **UNITED STATES DISTRICT COURT**

14                           **DISTRICT OF NEVADA**

15 ROCKWELL AUTOMATION, INC.,            Case No. 2:13-CV-01616 –JAD-NJK

16                Plaintiff,

17       vs.                              **STIPULATION AND ORDER FOR
                                          DISMISSAL WITH PREJUDICE**
18 BECKHOFF AUTOMATION LLC and
   BECKHOFF AUTOMATION GmbH,
19
                  Defendant.
20

21       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ROCKWELL

22 AUTOMATION, INC. and Defendants BECKHOFF AUTOMATION LLC and BECKHOFF

23 AUTOMATION GmbH, through their respective counsel of record, that this matter shall be

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

dismissed in its entirety, with prejudice.  The parties further stipulate and agree that each party shall bear its own costs and attorneys' fees.

DATED July 11, 2014          DATED July 11, 2014

SNELL & WILMER L.L.P.          LEWIS ROCA ROTHGERBER, LLP

By: /s/ Peter Lancaster
Chad R. Fears, NV Bar No. 6970
Paul Shakespear, NV Bar No. 10752
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Peter M. Lancaster (*pro hac vice*)
Kenneth Levitt (*pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498

Attorneys for Defendants
BECKHOFF AUTOMATION LLC and
BECKHOFF AUTOMATION GmbH

By: /s/ Gregory Carbo
Michael J. McCue, NV Bar No. 6055
Jonathan Fountain, NV Bar No. 10351
3993 Howard Hughes Pkwy. Ste. 600
Las Vegas, NV 89169

Abbe D. Lowell (*pro hac vice*)
Paul J. Tanck (*pro hac vice*)
Aaron S. Foldenauer (*pro hac vice*)
Gregory J. Carbo (*pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112

Attorneys for Plaintiff
ROCKWELL AUTOMATION, INC.

## **ORDER**

IT IS SO ORDERED.

Dated this 15th day of July, 2014.

_____
U.S. DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Chad Fears
Chad R. Fears, Nevada Bar No. 6970
Paul W. Shakespear, Nevada Bar No. 10752
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Peter M. Lancaster (*pro hac vice*)
Kenneth Levitt (*pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498

Attorneys for Defendants